UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on October 30, 2025

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CRIMINAL NO. |
| | : | |
| v. | : | CASE NO.: |
| | : | |
| HENNOK WOLDU, | : | VIOLATION: |
| | : | 18 U.S.C. § 1704 |
| Defendant. | : | (Unlawful Possession of Postal Service Key) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about April 1, 2025, within the District of Columbia, **HENNOK WOLDU**, did knowingly and unlawfully possess a key suited to locks on authorized receptacles for the deposit of mail matter, with the intent to use, sell, and otherwise dispose of said keys unlawfully and improperly.

(**Unlawful Possession of Postal Service Key**, in violation of Title 18, United States Code, Section 1704)

Jeanine Ferris Pirro
United States Attorney

*Gauri Gopal*

By: Gauri Gopal
Chief, Federal Major Crimes

A TRUE BILL:

FOREPERSON.